# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

United States of America,

    Plaintiff(s),

vs.

Sami Robert Hindiyeh,

    Defendant(s).

Case No.: 2:12-cr-113-JHM-VCF

## SUBSTITUTION OF ATTORNEY

__Sami Robert Hindiyeh__ (Plaintiff)(**Defendant**) hereby substitutes
(Name of Party)

__Anthony M. Goldstein, Esq.__
(New Attorney)

(Address): __2421 Tech Center Court, Suite 100, Las Vegas, NV, 89128__

(Telephone): __(702) 796-1114__, as attorney of record in place and

stead of: __Chad A. Bowers, Esq.__
(Present Attorney)

DATED: __5/29/12__ _____
(Signature of Party)

I consent to the above substitution.

DATED: __5/29/12__ _____
(Signature of Present Attorney)

. . .

. . .

. . .

1

6/95

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: MAY 2 9 2012
4                                                       _____
                                                          (Signature of New Attorney)
5  Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT
6
7                                    APPROVED:
8
9  DATED: _____5-30-2012_____       _____
10                                   CAM FERENBACH
11                                   UNITED STATES MAGISTRATE JUDGE

2

6/95