CHARLES LA BELLA
KATHLEEN McGOVERN
Deputy Chiefs
THOMAS B. W. HALL
Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:12-CR-113-JCM-VCF |
| ROSALIO ALCANTAR | ) **UNOPPOSED MOTION TO** |
| Defendant. | ) **CONTINUE SENTENCING** |

COMES NOW, the United States of America, by and through JEFFREY H. KNOX, Chief, U.S. Department of Justice, Criminal Division, Fraud Section, and THOMAS B.W. HALL, Trial Attorney, U.S. Department of Justice, Criminal Division, Fraud Section, and moves to continue the sentencing hearing presently set for August 27, 2013, at the hour of 10:30 am.

The parties respectfully request this Honorable Court to continue the Sentencing Hearing until at least May 1, 2014 to allow time for the defendant to complete his cooperation or, in the alternative, to continue the Sentencing Hearing and set a status conference before that date to report to the Court on the on-going investigation and the defendant's cooperation in connection with the investigation.

This is the second request for a continuance of this Sentencing date.

1

Pursuant to General Order No. 2007-04, this Stipulation is entered into for the following reasons:

1. The defendant has entered a plea agreement with the United States that requires the defendant to cooperate with the United States in connection with its on-going investigation of a fraudulent scheme involving Las Vegas Home Owners Associations. The defendant has begun to cooperate with the United States in this investigation, which involves a number of potential co-conspirators and targets.

2. The defendant's Plea Agreement afford the defendant potential consideration for downward departures at the time of sentencing if the defendant has provided substantial assistance to the United States, including the possibility of a United States Sentencing Guideline (U.S.S.G.) § 5K1.1 Motion.

3. The United States anticipates future pleas, indictments and the possibility of one or more trials of co-conspirators and targets. These events may allow the defendant the opportunity to provide further cooperation as a witness, including the possibility of testifying at trial. Specifically, trial is set for March 3, 2014 for eleven co-defendants in *United States v. Benzer et al.*, Case No. 2:13-cr-00018-JCM-GWF (Doc. No. 96.). However, the United States expects the resolution of such cases, including any trials in any related cases, to be at least 8 months from the defendant's current sentencing date.

4. Counsel for the United States has spoken with counsel for the defendant and counsel has agreed that the requested continuance is in the best interest of justice, and counsel does not oppose the continuance sought herein. The defendant is not in custody.

5. Denial of this request for continuance would deny the parties sufficient time and opportunity to develop the defendant's cooperation against the related co-conspirators and targets and prepare related cases for prosecution.

6. Furthermore, denial of this request for continuance could result in a miscarriage of justice.

7. The United States also requests an order to exclude the additional time requested by this continuance in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(I) and 3161(h)(7)(B)(iv).

DATED this 19th day of June 2013.

                                        Respectfully submitted,

                                        JEFFREY H. KNOX
                                        Chief, U.S. Department of Justice
                                        Fraud Section, Criminal Division

                                        */s/ Thomas B.W. Hall*
                                        THOMAS B.W. HALL
                                        Trial Attorney, U.S. Dept. of Justice
                                        Criminal Division, Fraud Section

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:12-CR-113-JCM-VCF<br>) |
| ROSALIO ALCANTAR | ) **PROPOSED ORDER**<br>) |
| Defendant. | )<br>) |

## FINDINGS OF FACT

Based on the Government's pending Unopposed Motion to Continue Sentencing, and good cause appearing therefore, the Court hereby finds that:

1. The parties are in agreement to continue the Sentencing date as presently scheduled.
2. This Court is convinced that an adequate showing has been made that to deny this request for continuance, taking into account the exercise of due diligence, would deny the United States sufficient time to be able to effectively prepare for the co-conspirator and target trials and would bar the defendant from the opportunity to cooperate and potentially receive downward departures at the time of sentencing. This decision is based on the following findings:
   a. The defendant agreed in his plea agreements to cooperate against his coconspirators in any related indictments and trials.
   b. The United States agreed to consider downward sentencing concessions for the defendant's cooperation, including possible U.S.S.G. 5K1.1 Motions if substantial assistance resulted from such cooperation.

  c. The United States anticipates several additional pleas, indictments and trials in related cases, but not sooner than 8 months from now. Specifically, the defendant may be called to testify in *United States v. Benzer et al.*, Case No. 2:13-cr-00018-JCM-GWF.

  d. The parties need additional time to prepare the defendant's cooperation against other co-conspirators and targets.

  e. The defendant does not object to the continuance.

  f. The defendant is out of custody.

3. For all the above-stated reasons, the ends of justice would best be served by continuing the Sentencing date.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A), considering the factors under 18 U.S.C. Sections 3161(h)(8)(B)(I) and (v).

## **ORDER**

**IT IS THEREFORE ORDERED** that the Sentencing date currently set for August 27, 2013, is vacated and is continued. This delay is excluded from the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). It is further ordered that the defendant's sentencing hearing is set for May __19__, 2014, at the hour of __9:30__ a.m., in Courtroom # __6A__.

**DATED** June 21, 2013.

_____
UNITED STATES DISTRICT JUDGE

5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:12-CR-113-JCM-VCF |
| ) | |
| ) | |
| ROSALIO ALCANTAR ) | **CERTIFICATE OF SERVICE** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

I, the undersigned, hereby certify that this pleading was filed with the clerk of court via ECF and will be served electronically via ECF on all parties that have entered their appearances in this case.

Dated: June 19th, 2013

                                                 JEFFREY H. KNOX
                                               Chief, U.S. Department of Justice
                                               Fraud Section, Criminal Division

                                               */s/ Thomas B.W. Hall*
                                               THOMAS B.W. HALL
                                               Trial Attorney, U.S. Dept. of Justice
                                               Criminal Division, Fraud Section